[No. 37388-9-I.   Division One.   September 30, 1996.]

*In the Matter of the Detention of* JOSPEH AQUI,
*Appellant.*

The opinion in the above captioned case, which appeared in the advance sheets at 83 Wn. App. 701-07, will not be published in the permanent bound volume pursuant to an order of the Court of Appeals dated November 14, 1996, directing that the opinion be published in full. The opinion is republished at 84 Wn. App. 88.